■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISLIME DUVIVIER, Appellant. [4 NYS3d 483]—

Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered January 23, 2013, convicting defendant, upon his plea of guilty, of conspiracy in the second and fourth degrees and criminal possession of a controlled substance in the second degree, and sentencing him to an aggregate term of three years, unanimously affirmed.

Defendant's challenges to the factual portion of his plea allocution and to the court's discussion of defendant's rights under *Boykin v Alabama* (395 US 238 [1969]) are unpreserved, and they do not come within the narrow exception to the preservation requirement (*see People v Tyrell*, 22 NY3d 359, 364 [2013]; *People v Peque*, 22 NY3d 168, 182 [2013]). We decline to review these claims in the interest of justice.

As an alternate holding, we find no basis for reversal. The plea was knowing, intelligent and voluntary. Viewing the plea proceeding as a whole, we find that defendant's factual recitations did not cast significant doubt on his guilt (*see People v Toxey*, 86 NY2d 725 [1995]). We also find that the court sufficiently advised defendant of the rights he was giving up by pleading guilty (*see Tyrell*, 22 NY3d at 365; *People v Harris*, 61 NY2d 9, 16 [1983]). Concur—Friedman, J.P., Renwick, Moskowitz, Richter and Clark, JJ.